1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARMANDO A. MARROQUIN,                    No. C 09-3841 SBA (PR)

        Plaintiff,                              **JUDGMENT**

  v.

OFFICER T. GRADY, et al.,

        Defendants.
_____/

      Pursuant to the Court's Order of today's date granting Defendants' motions for summary judgment, judgment is hereby entered in favor of Defendants Grady and Recio, and against Plaintiff. All claims under California law are DISMISSED without prejudice. The parties shall bear their own costs.

      IT IS SO ORDERED.

DATED: 9/28/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.09\Marroquin3841.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARMANDO A. MARROQUIN et al,

        Plaintiff,

  v.

MIKE EVANS et al,

        Defendant.

_____/

Case Number: CV09-03841 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Armundo A. Marroquin T-86698
L.P.C.C. N.A. 227
5501 N. L Palma Rd.
Eloy, AZ 85131

Dated: October 4, 2012

Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk

United States District Court
For the Northern District of California

G:\PRO-SE\SBA\CR.09\Marroquin3841.jud.wpd                2